FRIEDLANDER v. LANIER. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Appeal from Trial Term, New York County. Action by Hulda Fried-

lander against James F. D. Lanier. From a judgment entered on a verdict for plaintiff, defendant appeals. Reversed, and new trial ordered. F. V. Johnson, for appellant. E. Herrmann, for respondent.

PER CURIAM. The judgment should be reversed, on the ground that the finding that the defendant was negligent is against the weight of evidence. The judgment and order appealed from are reversed, and a new trial ordered. with costs to appellant to abide event.

